UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ENVIRONMENTAL HYDROGEOLOGICAL CONSULTANTS INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>ADMIRAL INSURANCE COMPANY, )<br>)<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:23-CV-1171-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court REMANDS the case to Robeson County Superior Court due to a lack of subject-matter jurisdiction. The court DENIES as moot defendant's motion to dismiss for lack of subject-matter jurisdiction [D.E. 8, 13] and DECLINES to address defendant's motion to dismiss for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on December 29, 2023, and Copies To:**

| | |
|---|---|
| Luther Donald Starling , Jr. | (via CM/ECF electronic notification) |
| Michele A. Ledo | (via CM/ECF electronic notification) |
| Jennifer A. Welch | (via CM/ECF electronic notification) |

DATE: December 29, 2023           PETER A. MOORE, JR., CLERK

                                                          (By)  /s/ Stephanie Mann
                                                          Deputy Clerk